# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| JOHN DOE, subscriber assigned IP address 107.206.69.22, | § § § § | Civil Case No. 4:22-cv-00469-SDJ LEAD CASE |
| Defendant. | § | |
| JOHN DOE, subscriber assigned IP address 104.15.250.221, | § § | Civil Case No. 4:22-cv-00464-SDJ |

## PLAINTIFF'S NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 104.15.250.221 (4:22-cv-00464-SDJ) ("Defendant") through his counsel. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss this action with prejudice.

Dated: August 30, 2022

Respectfully submitted,

By:  */s/ Paul S. Beik*
     Paul S. Beik
     Beik Law Firm PLLC
     917 Franklin Street, Suite 220
     Houston, Texas  77002
     Tel: (713) 869-6975
     Fax: (713) 583-9169
     paul@beiklaw.com
     www.beiklaw.com

**ATTORNEY FOR PLAINTIFF,
STRIKE 3 HOLDINGS, LLC**